UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON J. SETTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. |
| ) | |
| FIDELITY NATIONAL FINANCIAL, ) | |
| INC., d/b/a CHICAGO TITLE ) | 1:05-cv-0559-RLY-TAB |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. Nature of the Case.

1. This is an employment discrimination action in which the Plaintiff, Sharon J. Settle, accuses her former employer, Fidelity National Financial, Inc. d/b/a Chicago Title Insurance Company, of terminating her employment and refusing to consider her for available job openings because of her age, over forty (40), in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*

### II. Parties.

2. Settle resides within the Southern District of Indiana.

3. Fidelity National Financial, Inc. d/b/a Chicago Title Insurance Company ("Chicago Title") is a corporation which conducts business within the Southern District of Indiana.

4. Settle is an "employee" for purposes of the ADEA, 29 U.S.C. § 630(f).

5. Chicago Title is an "employer" for purposes of the ADEA, 29 U.S.C. § 630(b).

### III. Jurisdiction and Venue.

6. This Court has proper jurisdiction over the subject matter of this dispute pursuant to 29 U.S.C. § 626, 28 U.S.C. § 1331, and 28 U.S.C. § 1343(3) and (4).

7. All events and transactions pertaining to this case occurred within the Southern District of Indiana, and therefore, venue is proper in this Court.

9. Settle satisfied her obligation to exhaust administrative remedies by timely filing a charge of discrimination with the Equal Employment Opportunity Commission alleging age discrimination, receiving a proper notice of right to sue, and timely filing this complaint.

### IV. Factual Allegations.

10. Settle was born in January 1943 and is over the age of forty years.

11. Settle employment with Chicago Title, on or about September 17, 1971.

12. Settle's work performance met or exceeded Chicago Title's legitimate expectations at all times.

13. On or about August 13, 2004, Chicago Title terminated Settle's employment, stating that the company was "cutting back" and that Settle "was next."

14. Chicago Title replaced Settle with a less experienced less qualified younger employee.

15. Shortly before Settle's termination, Chicago Title hired several significantly younger, less qualified individuals from outside the company to fill positions for which Settle was qualified.

### V. Legal Allegations.

16. Chicago Title unlawfully discriminated against Settle on the basis of her age, over forty, by refusing to consider her for available positions for positions for which she was qualified and instead selecting less qualified younger individuals to fill those position and by terminating her employment and replacing her with a younger less qualified individual all of which violate the Age Discrimination in Employment Act, 29 U.S.C. § 621 *set seq*.

17. Chicago Title's actions were intentional, willful, reckless and in flagrant disregard of Settle's federally protected rights.

18. Settle has been harmed by Chicago Title's unlawful acts.

## VI. Relief.

19. Settle seeks reinstatement to her former position or the position she would hold but for Chicago Title's unlawful actions, or front pay in lieu thereof.

20. Settle seeks wages, benefits, compensation, and all monetary loss suffered as a result of Chicago Title's unlawful actions, in an amount that will make her whole.

21. Settle seeks liquidated damages.

22. Settle seeks payment of her reasonable attorney fees and costs associated with this action.

23. Settle seeks pre-judgment and post-judgment interest, as appropriate, on all sums recoverable.

24. Settle seeks any and all other relief to which she is entitled.

## VII. Demand for Jury Trial.

Plaintiff, Sharon J. Settle, by counsel, respectfully requests a trial by jury for all issues deemed so triable.

Respectfully submitted,

_____
John H. Haskin   jhaskin@hlllaw.com

_____
Suzanne S. Newcomb   snewcomb@hlllaw.com

HASKIN LAUTER & LARUE
255 North Alabama Street
Indianapolis, Indiana 46204
(317) 955-9500
Fax: (317) 955-2570

Attorneys for Plaintiff